# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>TERRY TYRONE FERGUSON<br>DOB: xx/xx/xxxx-PDID: xxx-xxx<br><br>*Defendant(s)* | Case: 1:24-mj-00256<br>Assigned to: Judge Faruqui, Zia M.<br>Assign Date: 8/15/2024<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 12, 2024** in the county of _____ in the _____ District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1); | Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year. |
| 21 U.S.C. §§ 841(a)(1), and 841(b)(1)(C); and | Unlawfully, knowingly and intentionally possess with intent to distribute substance containing a detectable amount of PCP. |
| 18 U.S.C. § 924(c)(1)(A)(i) | Unlawfully and knowingly use, and carry during and in relation to, and possess in futherance of a drug trafficking offense. |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Chris Perzanoski, SA, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by Telephone (specify reliable electronic means).

Date: 08/15/2024

_____
*Judge's signature*

City and state: Washington, DC          Zia M. Faruqui, U.S. Magistrate Judge
                                         *Printed name and title*