**Leave to file granted.
Document shall be filed as a Petition for a Writ of Habeas Corpus.
11/04/2024**

# United States District Court For The District Of Columbia

United States

v

Terry Ferguson

- Case No. 24-CR-388 (LLA)
- Petition For Writ Of Habeas Corpus
- Failure To Provide Timely Preliminary Hearing Or Discharge Defendant
- 18 U.S.C § 3060 (d)

1. Petitioner is currently in the custody of Central Detention Facility, Warden, "John Doe" located in 1901 D Street S.E., Washington, DC, 20003 at the order of the United States Attorney, District of Columbia.

2. The cause or pretext of the detention is a criminal complaint. The detention and restraint is unlawful in that petitioner has been deprived of an immediate preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure and Section 3060(b)(1) of Title 18 of the United States Code. No indictment has been returned against the petitioner and unless this Court grants the relief prayed in the Petition, Petitioner will continue to be so deprived of the right to a timely preliminary hearing or discharge from custody.

RECEIVED
Mail Room
OCT 30 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

3. The petitioner did not consent to any waiver of a preliminary hearing nor an untimely preliminary hearing.

4. Section 3060 (d) of Title 18 of the United States Code unequivocally provides: "an arrested person who has not been accorded the preliminary examination required ... with the period of time fixed by the judge or magistrate judge in compliance with ... [the time limits of both Section 3060 and Rule 5.1(b)], shall be discharged from custody or from the requirement of bail or any other condition of release ..."

5. A delay of this long duration is unreasonable and is tantamount to a denial of the petitioner's constitutional right to due process of law.

6. Petitioner further asserts his right to a speedy trial, does not approve any further continuances and further objects to continuances that are on his docket. Petitioner reserves the right to raise arguments related to prior unapproved continuances.

s/ Terry Ferguson
Terry Ferguson #390053

October 24, 2024