UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| V. | : | Case No. 24-cr-388 (LLA) |
| | : | |
| **TERRY FERGUSON,** | : | |
| Defendant. | : | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Kyle R. Mirabelli, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

BRIDGET M. FITZPATRICK
Acting United States Attorney
DC Bar No. 474946

By:   /s/ *Kyle R. Mirabelli*
Assistant United States Attorney
N.Y. Bar No. 5663166
601 D Street, N.W.
Washington, D.C. 20530
Office: (202) 252-7884
Email: kyle.mirabelli@usdoj.gov